**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **HEATHER MOORE,** | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 2:26-cv-342-JRG** |
| **v.** | § | |
| | § | |
| **FIXMYCAR INC. d/b/a GOODHOOD** | § | |
| **and PRASHANT SALLA, Individually,** | § | |
| **Defendants.** | § | |

### SUMMONS IN A CIVIL ACTION

To: Prashant Salla, Individually
2141 Glencoe Hills Dr, Apt 11
Ann Arbor, Michigan 48108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff's attorney (or on the plaintiff if unrepresented) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas B. Welmaker
Welmaker Law, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048
Email: doug@welmakerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CLERK OF COURT**

Date:  __**4/29/2026**__

_David A. O'Toole_
_Signature of Clerk or Deputy Clerk_

CA No. **2:26-cv-342**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any)
_____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place)
_____

on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)
_____, who is

designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____;
or

☐ Other (specify):
_____

_____

_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____

*Server's signature*

Printed name and title:

_____

Server's address:

_____

Additional information regarding attempted service, etc.:

_____