IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEATHER MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:26-CV-342-JRG |
| v. | § | |
| | § | |
| FIXMYCAR INC. d/b/a GOODHOOD and | § | |
| PRASHANT SALLA, individually, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**

On behalf of the Defendants FIXMYCAR INC. d/b/a GOODHOOD and PRASHANT SALLA, individually, (hereinafter "Defendants"), Aaron Holt of Cozen O'Connor, P.C., hereby enters an appearance as attorney of record in the above-styled matter. Please provide a copy of all future pleadings, orders, correspondence or other communications to the undersigned counsel on behalf of Defendants.

Respectfully Submitted,

/s/ Aaron Holt
Aaron Holt
Texas Bar No. 24058545
COZEN O'CONNOR, P.C.
811 Main, Suite 2000
Telephone:  832-214-3961
Fax:  832-214-3905
aholt@cozen.com
*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

On the May 21, 2026, a true and correct copy of *NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS* was duly served upon all parties entitled to notice via the Court's CM/ECF system:

> Douglas B. Welmaker
> Welmaker Law, PLLC
> 505 E. Magrill
> Longview, TX 75601
> doug@welmakerlaw.com

> /s/ *Aaron Holt*
> Aaron Holt

115584836\2

2