EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

HEATHER MOORE
_____
Plaintiff

v.                                            Civ. No.  2:26-CV-00342-JRG
                                              _____

FIXMYCAR INC d/b/a GOODHOOD et al
_____
Defendant


UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  Defendants Fixmycar Inc. d/b/a Goodhood and Prashant Salla
                             _____

Date Party's answer was originally due:                        05/27/2026
                                                           _____

Date Party's answer is now due (must not exceed 45 days after original due date):    06/10/2026
                                                           _____


Date: 05/21/2026          /s/  Aaron Holt
      _____        _____
                          Full Name: Aaron Holt
                          State Bar No.: 24058545
                          Address:  COZEN O'CONNOR, P.C.
                                    811 Main, Suite 2000
                                    Houston, Texas 77002

                          Phone: (832) 214-3961
                          Fax: (832) 214-3905
                          Email: aholt@cozen.com


**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)