**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **HEATHER MOORE,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **CIVIL ACTION NO. 2:26-cv-00342-** |
| **v.** | § | **JRG** |
| | § | |
| **FIXMYCAR, INC., d/b/a Goodhand,** *et al* | § | |
| | § | |
| *Defendant*. | § | |

## UNOPPOSED MOTION TO WITHDRAW

Undersigned counsel files this Unopposed Motion to Withdraw and respectfully moves this Court to withdraw Aaron Holt as counsel of record for Defendants Fixmycar, Inc., d/b/a Goodhand, and Prashant Salla. This Motion is not brought for the purpose of delay, and it will not delay this action. Plaintiff does not oppose this Motion. In light of the proximity of the upcoming Scheduling Conference [Doc. 7] currently scheduled for July 20, 2026 at 10:30 a.m., undersigned counsel plans to attend the in-person Scheduling Conference prior to any withdrawal.

Accordingly, undersigned counsel respectfully requests that the Court grant this Motion, permit Aaron Holt of the law firm Cozen O'Connor, to withdraw as counsel of record in this matter.

Respectfully submitted,

*/s/ Aaron Holt*
Aaron Holt
Texas Bar No. 24058545
**COZEN O'CONNOR**
811 Main St., Suite 2000
Houston, Texas 77002
Telephone:  (832) 214-3961
aholt@cozen.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

This undersigned certifies that counsel for Defendants conferred with opposing counsel on July 18, 2026, regarding the relief sought in this motion. Plaintiff does not oppose the motion.

*/s/ Aaron Holt*
Aaron Holt

## CERTIFICATE OF SERVICE

This undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on July 20, 2026.

*/s/ Aaron Holt*
Aaron Holt

2