**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **HEATHER MOORE,** | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| **v.** | § | **CIVIL ACTION NO. 2:26-cv-00342-** |
| | § | **JRG** |
| | § | |
| **FIXMYCAR, INC., d/b/a Goodhand,** *et al* | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Defendants' Motion to Withdraw Aaron Holt as counsel of record for

Defendants.

The Court is of the opinion that the motion to withdraw should be granted. It is hereby

ORDERED that Aaron Holt is withdrawn as counsel of record for Defendants.

_____
UNITED STATES DISTRICT JUDGE