## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HEATHER MOORE, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00342-JRG |
| | § | |
| FIXMYCAR, INC., d/b/a GOODHAND, *et al.,* | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw (the "Motion"). (Dkt. No. 8). In the Motion, Counsel for the Defendant ("Counsel") requests to withdraw as counsel of record for Defendants Fixmycar, Inc., d/b/a Goodhand, and Prashant Salla. (*Id.* at 1). Counsel has not represented that he notified his clients about this Motion to Withdraw, or that his clients have consented to his withdrawal. Additionally, Counsel has not represented that Defendants have retained other counsel for this case.

Having considered the Motion, the Court finds that it should be and hereby is **DENIED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 21st day of July, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE