**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **HEATHER MOORE** | § | |
| | § | |
| **v.** | § | **Case No. 2:26-cv-00342-JRG** |
| | § | |
| **FIXMYCAR, INC., d/b/a Goodhood,** *et al* | § | |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that United States Magistrate Judge Roy Payne, United States District Court for the Eastern District of Texas, 100 East Houston Street, Marshall, Texas 75670, telephone number 903-935-2498 and email wendy_asbel@txed.uscourts.gov is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendants' counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at https://txed.uscourts.gov/?q=judge/district-judge-rodney-gilstrap shall be complied with wherever applicable.

2

The mediator may, within his discretion, afford any participant permission to attend virtually. However, the mediator may, by the same token, require in person participation, from any or all participants. Such matters are left to the mediator's sound discretion.

**So ORDERED and SIGNED this 21st day of July, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE