**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **HEATHER MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 2:26-cv-00342-JRG** |
| | § | |
| **FIXMYCAR, INC. d/b/a GOODHOOD and PRASHANT SALLA, Individually** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Plaintiff Heather Moore files this notice under Paragraph 7 of the Court's Discovery Order (Dkt. No. 13), which directs the parties to file notice with the Court that the disclosures the order requires have taken place.

On August 19, 2026, Plaintiff served Plaintiff's Initial Disclosures on Defendants Fixmycar, Inc. d/b/a Goodhood and Prashant Salla. Those disclosures contain the information that Paragraph 1 of the Discovery Order requires, and Plaintiff signed them as the certification that Paragraph 7 requires. Plaintiff served them on counsel for Defendants by electronic mail.

Plaintiff has not filed the disclosures themselves, and she does not attach them to this notice. She will produce them to the Court on request.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

ATTORNEY FOR PLAINTIFF
HEATHER MOORE

**CERTIFICATE OF SERVICE**

On August 19, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ Douglas B. Welmaker
Douglas B. Welmaker