IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEATHER MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:26-CV-342-JRG |
| v. | § | |
| | § | |
| FIXMYCAR INC. d/b/a GOODHOOD and PRASHANT SALLA, individually, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Defendants FIXMYCAR INC. d/b/a GOODHOOD and PRASHANT SALLA, individually, (hereinafter "Defendants"), in adherence with the Court's Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order and Discovery Order (ECF Document 7 and 13), notifies the Court their Initial Disclosures have been served upon Plaintiff through her counsel, on this date, August 19, 2026, comporting with Fed. R. Civ. P. 26(a)(2)(B) and Local Rule CV-26.

Respectfully Submitted,

*<u>/s/ Aaron Holt</u>*

Aaron Holt
Texas Bar No. 24058545
COZEN O'CONNOR, P.C.
811 Main, Suite 2000
Telephone: 832-214-3961
Fax: 832-214-3905
aholt@cozen.com
*ATTORNEYS FOR DEFENDANTS*

**CERTIFICATE OF SERVICE**

On the August 19, 2026, a true and correct copy of ***NOTICE OF SERVICE OF INITIAL DISCLOSURES*** was duly served upon all parties entitled to notice via the Court's CM/ECF system:

Douglas B. Welmaker
Welmaker Law, PLLC
505 E. Magrill
Longview, TX 75601
doug@welmakerlaw.com

/s/ *Aaron Holt*
Aaron Holt

116216970\1