**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **HEATHER MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 2:26-cv-00342-JRG** |
| | § | |
| **FIXMYCAR, INC. d/b/a GOODHOOD** | § | |
| **and PRASHANT SALLA, Individually** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

**PLAINTIFF'S NOTICE OF SERVICE OF ADDITIONAL DISCLOSURES**

Paragraph 7 of the Court's Discovery Order (Dkt. No. 13) and Local Rule CV-26(c) direct the parties to file a notice promptly after the disclosures that the order requires have taken place. Plaintiff Heather Moore files this notice.

On September 4, 2026, Plaintiff served Plaintiff's Additional Disclosures on Defendants Fixmycar, Inc. d/b/a Goodhood and Prashant Salla, through their counsel of record, by electronic mail. Those disclosures are the additional disclosures that Paragraph 3 of the Discovery Order requires. Plaintiff served with them her document production, Bates numbered MOORE 000001 through MOORE 000132.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFF**
**HEATHER MOORE**

## <u>CERTIFICATE OF SERVICE</u>

On September 4, 2026, I served the foregoing document on all counsel of record via the Court's CM/ECF system and/or via email and certified U.S. Mail in accordance with the Federal Rules of Civil Procedure.

*<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker