IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEATHER MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:26-CV-342-JRG |
| v. | § | |
| | § | |
| FIXMYCAR INC. d/b/a GOODHOOD and PRASHANT SALLA, individually, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF SERVICE OF ADDITIONAL DISCLOSURES**

Paragraph 7 of the Court's Discovery Order (Dkt. No. 13) and Local Rule CV-26(c) direct the parties to file a notice promptly after the disclosures required by the Order have taken place. Defendants FIXMYCAR, Inc. d/b/a Goodhood and Prashant Salla file this notice.

On September 11, 2026, Defendants served Defendants' Additional Disclosures on Plaintiff Heather Moore, through her counsel of record, by electronic mail. Those disclosures are the additional disclosures required by Paragraph 3 of the Discovery Order. Defendants served with them their document production, Bates-labeled FIXMYCAR (Moore) 000001-000075.

Respectfully Submitted,

*<u>/s/ Aaron Holt</u>*

Aaron Holt
Texas Bar No. 24058545
COZEN O'CONNOR, P.C.
811 Main, Suite 2000
Telephone: 832-214-3961
Fax: 832-214-3905
aholt@cozen.com
*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

On the September 11, 2026, a true and correct copy of ***NOTICE OF SERVICE OF ADDITIONAL DISCLOSURES*** was duly served upon all parties entitled to notice via the Court's CM/ECF system:

Douglas B. Welmaker
Welmaker Law, PLLC
505 E. Magrill
Longview, TX 75601
doug@welmakerlaw.com

/s/ *Aaron Holt*
Aaron Holt

118054322\1