**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **HEATHER MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 2:26-CV-342-JRG** |
| **v.** | § | |
| | § | |
| **FIXMYCAR INC. d/b/a GOODHOOD and PRASHANT SALLA, individually,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

TO THE HONORABLE RODNEY GILSTRAP, CHIEF UNITED STATES DISTRICT JUDGE:

Defendants Fixmycar Inc. d/b/a Goodhood and Prashant Salla, Individually, file this Unopposed Motion to Substitute Counsel under Local Rule CV-11(c), and respectfully show the Court as follows:

1. Aaron Holt of Cozen O'Connor, P.C. is presently counsel of record for Defendants Fixmycar Inc. d/b/a Goodhood and Prashant Salla, Individually. Mr. Holt filed Defendants' Original Answer to Plaintiff's Original Complaint on June 9, 2026. Dkt. 6.

2. Defendants have retained William S. Hommel, Jr. and Hommel Law Firm PC to represent them in this action in the place of Mr. Holt and Cozen O'Connor, P.C.

3. Defendants ask the Court to substitute William S. Hommel, Jr. and Hommel Law Firm PC as counsel of record for both Defendants, and to permit Mr. Holt and Cozen O'Connor, P.C. to withdraw.

4. Both Defendants consent to the substitution. See Local Rule CV-11(c) (if the client consents to a motion to withdraw or substitute counsel, the motion should so state).

5. Mr. Holt consents to the substitution and to his withdrawal, as his signature below reflects.

6. Substituting counsel is William S. Hommel, Jr., State Bar No. 09934250, Hommel Law Firm PC, 5620 Old Bullard Road, Suite 115, Tyler, Texas 75703, telephone (903) 596-7100, e-mail bhommel@hommelfirm.com. Mr. Hommel is admitted to practice before this Court.

7. This substitution is not sought for delay. It will not affect any deadline in this case, and Defendants seek no continuance and no extension of any deadline on account of the change in counsel. See Local Rule CV-11(c) ("[c]hange of counsel will not be cause for delay").

8. Defendants request that the Clerk update the docket to reflect Mr. Hommel as counsel of record for both Defendants, and remove Mr. Holt and Cozen O'Connor, P.C. from the CM/ECF notice list in this case.

WHEREFORE, PREMISES CONSIDERED, Defendants Fixmycar Inc. d/b/a Goodhood and Prashant Salla, Individually, respectfully request that the Court grant this motion, substitute William S. Hommel, Jr. and Hommel Law Firm PC as counsel of record for Defendants, permit Aaron Holt and Cozen O'Connor, P.C. to withdraw as counsel for Defendants, direct the Clerk to remove Mr. Holt and Cozen O'Connor, P.C. from the CM/ECF notice list in this case, and grant Defendants such other and further relief to which they may be justly entitled.

Respectfully submitted,

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.
State Bar No. 09934250
bhommel@hommelfirm.com
HOMMEL LAW FIRM PC
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
(903) 596-7100 Telephone/Facsimile

**ATTORNEY FOR DEFENDANTS (SUBSTITUTING)**

**AGREED AND CONSENTED TO:**

/s/ *Aaron Holt*
Aaron Holt
Texas Bar No. 24058545
aholt@cozen.com
COZEN O'CONNOR, P.C.
811 Main Street, Suite 2000
Houston, Texas 77002
Telephone: (832) 214-3961
Facsimile: (832) 214-3905

**ATTORNEY FOR DEFENDANTS (WITHDRAWING)**

## CERTIFICATE OF SERVICE

I certify that on October 6, 2026, a true and correct copy of the foregoing was served on all counsel of record through the Court's CM/ECF system, as follows:

Douglas B. Welmaker
Welmaker Law, PLLC
505 E. Magrill
Longview, Texas 75601
doug@welmakerlaw.com
**ATTORNEY FOR PLAINTIFF**
*— via the Court's CM/ECF system and electronic mail*

Aaron Holt
**COZEN O'CONNOR, P.C.**
811 Main Street, Suite 2000
Houston, Texas 77002
aholt@cozen.com
**ATTORNEY FOR DEFENDANTS (WITHDRAWING)**
*— via the Court's CM/ECF system and electronic mail*

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.

**CERTIFICATE OF CONFERENCE**

I certify that, in compliance with Local Rule CV-7(h), counsel for Defendants conferred with Douglas B. Welmaker, counsel for Plaintiff, on October 6, 2026, about the relief requested in this motion. Mr. Welmaker stated that Plaintiff does not oppose the relief requested. This motion is therefore unopposed.

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.