**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **HEATHER MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 2:26-CV-342-JRG** |
| **v.** | § | |
| | § | |
| **FIXMYCAR INC. d/b/a GOODHOOD and PRASHANT SALLA, individually,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Substitute Counsel. Having considered the motion, the Court finds that it should be and hereby is GRANTED.

It is therefore ORDERED that William S. Hommel, Jr. and Hommel Law Firm PC are substituted as counsel of record for Defendants Fixmycar Inc. d/b/a Goodhood and Prashant Salla, Individually.

It is further ORDERED that Aaron Holt and Cozen O'Connor, P.C. are permitted to withdraw as counsel for Defendants, and that the Clerk shall remove them from the CM/ECF notice list in this case.

It is further ORDERED that this substitution shall not serve as the basis for any continuance or for any extension of any deadline in this case.