**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEATHER MOORE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00342-JRG |
| | § | |
| FIXMYCAR INC. d/b/a GOODHOOD, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Unopposed Motion to Substitute Counsel (the "Motion") filed by Defendants Fixmycar Inc. d/b/a Goodhood and Prashant Salla, individually (together, the "Defendants"). (Dkt. No. 18). In the Motion, the Defendants request Mr. Aaron Holt be withdrawn as counsel of record for Defendants. (*Id.* at 1). The Defendants move to substitute Mr. Aaron Holt with William S. Hommel, Jr. and the Hommel Law Firm PC. (*Id.*). The Motion is unopposed. (*Id.*).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Aaron Holt be permitted to withdraw as counsel of record for Defendants in the above-captioned case. It is further **ORDERED** that the Clerk of Court shall terminate Aaron Holt as counsel and all electronic notifications to the same.

**So ORDERED and SIGNED this 7th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE